IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-1 |
| ROBERT LAMAR WHITFIELD | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-2 |
| MARLON GRAHAM | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-3 |
| KAREEM LONG | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-5 |
| FRANK THOMPSON | : | |

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 12-418-6 |
| KENNETH PARNELL | : | |

**ORDER**

AND NOW, this 5th day of December, 2013, it is ORDERED a teleconference will be held on December 6, 2013, at 11:30 a.m. to discuss the issues raised in the Government's

December 5, 2013, letter to the Court. Counsel are DIRECTED to provide chambers with a telephone number at which they can be reached for the call.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.