IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-1 |
| ROBERT LAMAR WHITFIELD | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-2 |
| MARLON GRAHAM | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-3 |
| KAREEM LONG | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-5 |
| FRANK THOMPSON | : | |
| | | |
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 12-418-6 |
| KENNETH PARNELL | : | |

**ORDER**

AND NOW, this 27th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants' Motions for Hearing and for Discovery on the Issue of Racial Profiling/Selective Prosecution (Documents 310, 314, and 346) are DENIED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.